IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | No. 22-CV-03883 |
| $2,354,178.98 TRANSFERRED FROM BANK OF VALLETTA ACCOUNT NUMBER 40018307713, IN THE NAME OF WOODTREE EQUIPMENT LIMITED | : : : | |
| $1,958,492.41 TRANSFERRED FROM BANK OF VALLETTA ACCOUNT NUMBER 40018307739, IN THE NAME OF WOODTREE EQUIPMENT LIMITED | : : : | |
| $71,590.48 TRANSFERRED FROM BANK OF VALLETTA ACCOUNT NUMBER 40020189783, IN THE NAME OF WOODTREE EQUIPMENT LIMITED | : : : | |
| $1,963,727.63 TRANSFERRED FROM EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC., THE 5DIMES CLAIMS ADMINISTRATOR | : : : | |
| **Defendants.** | | |

## DEFAULT JUDGMENT AND
## <u>JUDGMENT AND FINAL ORDER OF FORFEITURE</u>

**AND NOW**, this <u>**23rd** day</u> of **March, 2023**, upon consideration of the government's motion for entry of a Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), and entry of a Judgment and Final Order of Forfeiture, pursuant to Federal Rules of Civil Procedure 58(a) and (b), against the Defendant Funds, for the

reasons set forth in the motion, the Court concludes that it should grant the motion and enter judgment, and, therefore, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Motion of United States of America for Entry of Default Judgment and Judgment and Final Order of Forfeiture is GRANTED.

2. All right, title, and interest of all persons, and their heirs and assigns, in the Defendant Funds, that is, $2,354,178.98 transferred from Bank of Valletta Account Number 40018307713, in the name of Woodtree Equipment Limited; $1,958,492.41 transferred from Bank of Valletta Account Number 40018307739, in the name of Woodtree Equipment Limited; $71,590.48 transferred from Bank of Valletta Account Number 40020189783, in the name of Woodtree Equipment Limited; and $1,963,727.63 transferred from Epiq Class Action & Claims Solutions, Inc., the 5DIMES claims administrator, is hereby fully and finally vested in the United States of America, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

3. The United States Marshals Service shall dispose of the Defendant Funds in accordance with the law and the rules of this Court.

*S/Anita B. Brody*

**HONORABLE ANITA B. BRODY**
**United States District Judge**

**Copies ecf _____ to:**       **Copies mailed _____ to:**